**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02335-RPM-CBS

PEIRRENE RENEE RANSOM,

    Plaintiff,

v.

SYNERGETIC COMMUNICATION, INC., a Texas corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED:  January 4th, 2010

                  BY THE COURT:

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior District Judge